UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
PORTLAND DIVISION

| | | |
|---|---|---|
| NORTHEAST DISTRIBUTION SERVICES, LLC, | ) ) ) ) | Case No. |
| Plaintiff, | ) ) | NOTICE OF REMOVAL UNDER 28 U.S.C. 1441 |
| v. | ) ) | (Diversity Jurisdiction) |
| THE NETHERLANDS INSURANCE COMPANY, | ) ) ) ) | AND JURY DEMAND |
| Defendant. | ) ) | |

TO THE CLERK OF THE COURT:  Defendant The Netherlands Insurance Company hereby removes the state court action described below to this Honorable Court pursuant to the provisions of 28 U.S.C. 1441 and 1446, and 28 U.S.C. 1332.

1.  On or about March 29, 2015 plaintiff Northeast Distribution Services, LLC commenced an action in the State of Maine Superior Court, Cumberland County, located in Portland, Maine, styled as <u>Northeast Distribution Services, LLC, plaintiff *versus* The Netherlands Insurance Company, defendant</u> and bearing civil action number CV-2016-126 in that Superior Court.

2.  This Notice of Removal is timely filed pursuant to 28 U.S.C. 1446(b).  Defendant received a copy of the initial pleading (the Complaint) from the Superior Court action referenced above no earlier than March 31, 2015.  On that date a copy of the Complaint was served upon Corporation Service Company, 45 Memorial Circle, Augusta, Maine and counsel for the plaintiff e-mailed a courtesy copy of the Complaint to counsel for defendant.

3. Copies of Superior Court Complaint, Summary Sheet, and Summons are filed together with this Notice of Removal as e-mail attachments pursuant to the instructions of this Court as stated at http://www.med.uscourts.gov/ecf-faq. No Orders have been served upon defendant. The Superior Court record will be scanned and filed, with an affidavit of completeness, following the opening of this matter in this Court.

4. This action may be removed pursuant to 28 U.S.C. 1441. It is a civil action of which the United States District Court has original jurisdiction under 28 U.S.C. 1332(a).

5. The Complaint alleges an amount in controversy that exceeds $75,000 exclusive of interest and costs. Specifically the Complaint alleges breach of insurance contract damages arising out of claims for (1) building damage; (2) demolition expense; and (3) damaged personal property. [Complaint at ¶¶ 17 – 21]. Although no monetary *ad damnum* clause is included in the Complaint, as to personal property (only) the Complaint alleges that defendant improperly withheld "the approximate amount of $90,000." [Complaint at ¶19]. That category of alleged damages exceeds the jurisdictional minimum requirement set forth in 28 U.S.C. 1332(a). The Complaint also alleges additional unspecified monetary damages for building damage, demolition expense, and under the Maine "Unfair Claims Settlement Practices" statute, Maine Title 24-A § 2436-A.

7. In the alternative, pursuant to 1446(c)(2), Defendant asserts that the amount in controversy exceeds $75,000. Maine state practice does not permit demand for a specific sum of money in an action, as here, for non-liquidated damages. 14 M.R.S.A. § 52 ("[n]o dollar amount or figure may be included in the demand in any civil case, but the prayer must be for such damages as are reasonable in the premises").

8. There is diversity of citizenship between the plaintiff and defendant as provided for in 28 U.S.C. 1332(a). The Complaint alleges that plaintiff is a limited liability corporation organized under the laws of the State of Maine with its principal place of business in South Portland, Maine. Defendant The Netherlands Insurance Company is organized under the laws of the State of New Hampshire and maintains its principal place of business in Boston, Massachusetts.

WHEREFORE Defendant The Netherlands Insurance Company prays that this action be removed to the United States District Court for the District of Maine, Portland Division.

Dated: April 25, 2016.

> Respectfully submitted,
>
> ROBINS KAPLAN LLP
>
> /s/ James S. Harrington
> James S. Harrington, Esq.
> ME Bar No. 7443
> 800 Boylston Street, Suite 2500
> Boston, MA 02199
> Tel: (617) 267-2300
> Fax: (617) 267-8288
> JHarrington@RobinsKaplan.com

## CERTIFICATE OF SERVICE

I, James S. Harrington, hereby certify that on this day I served a copy of the foregoing by mailing a copy first class mail, postage prepaid to James D. Poliquin, Esq., Norman, Hanson & DeTroy, LLC, Two Canal Plaza, P.O. Box 4600, Portland, ME 04112-4600.

> /s/ James S. Harrington
> James S. Harrington

DATED: April 25, 2016

35610294.1