UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **NORTHEAST DISTRIBUTION SERVICES, LLC**, | ) |
| | ) |
|   Plaintiff | ) |
| | ) CIVIL NO. 2:16-cv-00214-NT |
| v. | ) |
| | ) |
| **THE NETHERLANDS INSURANCE COMPANY**, | ) |
| | ) |
|   Defendant | ) |

## STIPULATION OF DISMISSAL

NOW COME the parties to this action and stipulate to the dismissal of all claims with prejudice and without costs.

Date:  September 8, 2016		/s/ *James D. Poliquin*
					James D. Poliquin, Esq.
					NORMAN, HANSON & DETROY, LLC
					Two Canal Plaza
					P. O. Box 4600
					Portland, ME  04112-4600
					(207) 774-7000
					jpoliquin@nhdlaw.com
					**Attorney for Plaintiff Northeast Distribution**
					   **Services, LLC**


Date:  September 8, 2016		/s/ *Jonathan D. Mutch*
					Jonathan D. Mutch, Esq.
					ROBINS KAPLAN, LLP
					800 Boylston Street, Suite 2500
					Boston, MA  02199
					(617) 267-2300
					jmutch@robinskaplan.com
					**Attorney for Defendant The Netherlands**
					   **Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016, I electronically filed the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:  Jonathan D. Mutch, Esq. and James S. Harrington, Esq.

/s/ *James D. Poliquin*
James D. Poliquin, Esq.
Attorney for Plaintiff Northeast Distribution
  Services, LLC


NORMAN, HANSON & DeTROY, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
jpoliquin@nhdlaw.com